*R. Effler* for petitioner.    *Mr. Frank Ewing* for respondent.

No. 219.    PICARD, ADMINISTRATOR, ET AL. *v.* UNITED
AIRCRAFT CORP.    October 12, 1942.    Petition for writ of
certiorari to the Circuit Court of Appeals for the Second
Circuit denied. *Messrs. George I. Haight* and *M. K.
Hobbs* for petitioners.    *Messrs. Drury W. Cooper* and *C.
Blake Townsend* for respondent.

No. 220.    TRINITY CORPORATION *v.* COMMISSIONER OF
INTERNAL REVENUE.    October 12, 1942.    Petition for writ
of certiorari to the Circuit Court of Appeals for the Fifth
Circuit denied. *Mr. Robert Ash* for petitioner. *Assist-
ant Solicitor General Cox, Assistant Attorney General
Clark,* and *Messrs. Sewall Key, Samuel H. Levy, Newton
K. Fox,* and *Archibald Cox* for respondent.

No. 222.    ROSE *v.* UNITED STATES.    October 12, 1942.
Petition for writ of certiorari to the Circuit Court of
Appeals for the Tenth Circuit denied. *Mr. Edward M.
Box* for petitioner. *Assistant Solicitor General Cox, As-
sistant Attorney General Clark,* and *Messrs. Sewall Key*
and *Ellis N. Slack* for the United States.

No. 223.    PANDOLFO *v.* UNITED STATES.    October 12,
1942.    Petition for writ of certiorari to the Circuit Court
of Appeals for the Tenth Circuit denied. MR. JUSTICE
DOUGLAS took no part in the consideration or decision of
this application. *Mr. James M. Hervey* for petitioner.
*Assistant Solicitor General Cox, Assistant Attorney Gen-*

652

*eral Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 224. WIGGINS *v.* KENNARD. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Daniel N. Kirby* and *Harry W. Kroeger* for petitioner. *Mr. Paul Bakewell, Jr.* for respondent.

No. 227. GREAT SOUTHERN TRUCKING Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Thomas C. Guthrie* and *E. T. McIlvaine* for petitioner. *Solicitor General Fahy* and *Messrs. Valentine Brookes, Robert B. Watts, Ernest A. Gross,* and *Ralph Winkler* for respondent.

No. 228. SCHRAM, RECEIVER, *v.* COYNE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert S. Marx, Frank E. Wood,* and *George P. Barse* for petitioner. *Mr. Harry C. Bulkley* for respondent.

No. 229. ALABAMA POWER Co. *v.* FEDERAL POWER COMMISSION. October 12, 1942. Petition for writ of certiorari to the U. S. Court of Appeals for the District of Columbia denied. *Messrs. H. C. Kilpatrick, P. W. Turner, Walter Bouldin,* and *William M. Moloney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Richard J. Connor* and *Charles V. Shannon* for respondent.